# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| AMAZON.COM, INC., § § | | |
| Plaintiff, § § | | |
| v. § | Case No. 1:19-cv-1095 | |
| § § | | |
| CORYDORAS TECHNOLOGIES, LLC § | **DEMAND FOR JURY TRIAL** | |
| § § | | |
| Defendants. § | | |

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Defendant Corydoras Technologies, LLC ("Defendant") moves for a 30-day extension to answer or otherwise respond to Plaintiff Amazon.com, Inc.'s ("Plaintiff") complaint filed on November 11, 2019.

Defendant's deadline to answer or otherwise respond to the complaint is currently due on December 3, 2019, and, with a 30-day extension, Defendant's answer or other response would be due January 2, 2020. This motion is not being brought for the purpose of delay.

Counsel for Defendant has conferred with the counsel for Plaintiff, and the motion is unopposed. Accordingly, Defendant requests the Court to grant the motion and enter the attached proposed Order.

Respectfully submitted,

Dated: November 25, 2019       By:   /s/ *Elizabeth L. DeRieux*
                                     Elizabeth L. DeRieux
                                     State Bar No. 05770585
                                     ederieux@capshawlaw.com
                                     CAPSHAW DERIEUX, LLP
                                     114 East Commerce Avenue

                                                  Gladewater, Texas 75647
                                                  Telephone: (903) 845-5770

                                                  *Attorney for Defendant,*
                                                  *Corydoras Technologies, LLC*

Of Counsel:

John T. Polasek (application for Pro Hac Vice admission pending)
Texas Bar. No. 16088590
ted@epiplawyers.com
Elliott & Polasek, PLLC
6750 West Loop South, Suite 995
Bellaire, Texas 77401
Telephone: (832) 485-3560
Facsimile: (832) 778-6010

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 25th day of November 2019, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first-class mail on this same date.

*/s/ Elizabeth L. DeRieux*