**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| AMAZON.COM, INC., | § § § | |
| Plaintiff, | § | |
| v. | § § § | Case No. 1:19-cv-1095 |
| CORYDORAS TECHNOLOGIES, LLC | § § § | **DEMAND FOR JURY TRIAL** |
| Defendants. | § | |

**ORDER GRANTING UNOPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

Before the Court is Defendant Corydoras Technologies, LLC's ("Defendant") unopposed motion for an extension until January 2, 2020, to answer or otherwise respond to Plaintiff Amazon.com Inc.'s ("Plaintiff") complaint.  The Court having reviewed the Motion, finds it should be GRANTED and therefore orders as follows:

IT IS ORDERED the deadline for Defendant to answer or otherwise respond is extended until January 2, 2020.

SIGNED this _____ day of _____, 2019.

_____
ROBERT PITMAN
UNITED STATE DISTRICT JUDGE