# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| AMAZON.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> CORYDORAS TECHNOLOGIES, LLC, <br><br> Defendant. | Case No. 1:19-cv-01095-RP <br><br> **DEMAND FOR JURY TRIAL** |

### UNOPPOSED MOTION OF AMAZON.COM, INC. FOR
### EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

Amazon.com, Inc. ("Amazon") files this unopposed motion for an extension of time to respond to the Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(b)(3), or in the Alternative to Transfer or Stay (Dkt. 11, the "Motion"), filed by Corydoras Technologies, LLC ("Corydoras").

Amazon's current deadline to respond to the Motion is January 16, 2020. Amazon seeks a two-week extension of this deadline, up to and including January 30, 2020. Prior to filing this motion, counsel for Amazon conferred with counsel for Corydoras, who confirmed that Corydoras does not oppose the requested extension. This motion is not made for delay, but only to permit orderly resolution of issues in the case.

Amazon therefore respectfully requests that the Court enter an order extending the deadline for Amazon to respond to Corydoras' Motion up to and including January 30, 2020.

/ / /

1

Respectfully, submitted,

*/s/ Ravi R. Ranganath*

J. David Hadden, CSB No. 176148
Email: dhadden@fenwick.com
Saina S. Shamilov, CSB No. 215636
Email: sshamilov@fenwick.com
Ravi R. Ranganath
Email: rranganath@fenwick.com
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:  650.938.5200

Counsel for AMAZON.COM, INC.

*Of Counsel:*

Barry K. Shelton (TX Bar #24055029)
bshelton@sheltoncoburn.com
SHELTON COBURN LLP
311 RR 620 S, Suite 205
Austin, TX 78734
Tel: (512) 263-2165
Fax: (512) 263-2166

Dated:  January 3, 2020

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via the Court's CM/ECF system per Local Rule CV-5(b)(1).

*/s/ Ravi R. Ranganath*
Ravi R. Ranganath